DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

17 MARCH 2016

| 254P08-3 | State v. Michael Orlando Cook | 1. Def's *Pro Se* Motion for PDR (COA15-963) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| | | 3. Def's *Pro Se* Motion for Subpoena *Duces Tecum* | 3. Dismissed as moot |
| | | 4. Def's *Pro Se* Motion to Amend | 4. Dismissed |
| | | 5. Def's *Pro Se* Motion to Amend PDR | 5. Allowed |
| 294PA14 | Robert E. King and wife, Jo Ann O'Neal v. Michael S. Bryant, M.D., and Village Surgical Associates, P.A. | Court's Motion for Supplemental Briefing | Special Order **02/19/2016** |
| 302A14 | State v. Juan Carlos Rodriguez | Def's Motion to Amend Record on Appeal | Allowed **02/22/2016** |
| 309P15 | State v. Reginald Underwood Fullard | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-93) | 1. Denied |
| | | 2. Def's *Pro Se* Petition for *Writ of Mandamus* | 2. Denied **01/13/2016** |
| 321P15 | Hannah Marie Johnson Kearney v. Bruce R. Bolling, M.D. | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA14-671) | 1. Denied |
| | | 2. Plt's Motion to Amend PDR | 2. Allowed |
| 336P15 | State v. Melissa Amber Dalton | 1. State's Motion for Temporary Stay (COA14-1329) | 1. Allowed **10/06/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 369A15 | State v. John Joseph Carvalho, II | 1. Def's Notice of Appeal Based Upon a Dissent under N.C.G.S. § 7A-30 (COA14-1251) | 1. — |
| | | 2. Def's Notice of Appeal Based Upon a Constitutional Question Under N.C.G.S. § 7A-30 | 2. — |
| | | 3. Def's PDR as to Additional Issues Under N.C.G.S. § 7A-31 | 3. Allowed |
| | | 4. State's Motion to Dismiss Appeal | 4. Allowed |
| 370P15 | In the Matter of R.P.D. | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA15-330) | Denied |